# CHARGES AND PENALTIES

**CASE NAME:** RANDY COY JAMES HOLMES     **CASE NO.** 2:21-CR-164-SMJ-1

TOTAL # OF COUNTS: 3     ✓ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 16, 2021
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 111(a)(1), (b) | Assault with Deadly Weapon on a Federal Law Enforcement Officer | CAG not more than 20 years; a fine up to $250,000; not more than years 3 of supervised release; and a $100 special penalty assessment |
| 2 | 18 U.S.C. § 924(c)(1)(A)(iii) | Discharge of a Firearm During and in Relation to a Crime of Violence | CAG not less than 10 years to run consecutive to any other sentence imposed; a fine up to $250,000; not more than years 3 of supervised release; and a $100 special penalty assessment |
| 3 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | CAG not more than 10 years; a fine up to $250,000; not more than years 3 of supervised release; and a $100 special penalty assessment |
|  | 18 U.S.C. § 924, 28 U.S.C. § 2461 | Forfeiture Allegations |  |