1
2
3
4

5         **UNITED STATES DISTRICT COURT**

6         **EASTERN DISTRICT OF WASHINGTON**

7 UNITED STATES OF AMERICA,    )
                                     )
8        Plaintiff,      )   No. 2:21-cr-00164-SMJ-1
                                     )
9   v.                        )   DEFENDANT'S STATEMENT
                                     )   OF REASONS IN SUPPORT
10 _____,  )   OF THE MOTION TO
                                   )   CONTINUE TRIAL
11        Defendant.     )

12

13      My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to
14 go to trial within a seventy-day period. My attorney has also advised me that a continuance of the
15 trial is needed, and we discussed the reasons for a continuance.

16      A motion to continue the trial has been filed.

17      My attorney has advised me, and I understand that, if the Court grants the motion to
18 continue that all time between the date the motion to continue was filed and the new date for trial
19 will be excluded from the speedy-trial period under the Speedy Trial Act.

20      After reviewing the motion and discussing the reasons for the requested continuance with
21 my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset
22 the trial date from its current date of \_\_\_9/12/2022\_\_\_ to a date not later than _____
23 for the following reasons as found in 18 U.S.C. § 3161: _____

24 _____

25 _____

26 _____

27 _____

28 Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1     Rev. 3/8/2016

1
2  _____
3  _____
4  _____.
5
6      I declare under penalty of perjury that the foregoing is true and correct.
7
                                    _____
                                    Defendant
                                    Date: _____
8
9      I have read this form and discussed the contents with my client.
       Additionally, I hae reviewed this with defendant and defendant consents him signing on his behalf.
10
                                    _____
                                    Counsel for Defendant    #14380
11                                  Date:  8/15/22
12
13     I have translated this form into a language in which the Defendant is conversant.  If
       questions have arisen, I have notified the Defendant's counsel of the questions and have
       not offered not given advice nor personal opinions.
14
15                                  _____
                                    Interpreter (printed name)
16                                  _____
                                    Interpreter (signature)
17                                  Date: _____
18
19
20
21
22
23
24
25
26
27
28  Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2     Rev. 3/8/2016