FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY COY JAMES HOLMES,<br><br>Defendant. | NO. 2:21-CR-0164-TOR-1<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Defendant's Motion for Reconsideration and Motion for Extension of Time (ECF Nos. 223 and 224). The Court has reviewed the record and files herein and is fully informed. Defendant's motions are DENIED.

**DISCUSSION**

For the reasons previously articulated in this Court's Order at ECF No. 221, Defendant's motions are denied.

//

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion for Reconsideration and Motion for Extension of Time (ECF Nos. 223 and 224) are **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

**DATED** June 24, 2020.



THOMAS O. RICE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 2